IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE ESTATE OF
FRANK JOE GONZALEZ, A/K/A
FRANK J. GONZALEZ, DECEASED.

No. 85146

MARK GONZALEZ,
Appellant,
vs.
LORENA CARRILLO-ARELLANO,
Respondent.

FILED

AUG 3 0 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This appeal was docketed on August 10, 2022, without payment of the requisite filing fee and without the case appeal statement. *See* NRAP 3(e), (f). That same day, this court issued notices directing appellant to file the case appeal statement and to pay the required filing fee or demonstrate compliance with NRAP 24 within 7 days. The notices advised that failure to pay the filing fee would result in the dismissal of this appeal and failure to file the case appeal statement could result in sanctions, including dismissal of this appeal. To date, appellant has not paid the filing fee, filed the case appeal statement, or otherwise responded to this court's notices. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: 

22-27161

cc: Hon. Veronica Barisich, District Judge
Aspire Law Group, Ltd.
Law Offices of Brian H. Nelson
Eighth District Court Clerk